UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONA MENARD                      JURY TRIAL DEMANDED

v.                                            CASE NO. 3:09CV

BENJAMIN MORRIS

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Stamford Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is the manager and agent for service of CUDA & Associates, LLC.

7. Defendant is the Managing Member and agent for service of Lienfactors, LLC.

8. LienFactors specializes in the exclusive buying of homeowner debt.

9. By letter dated August 21, 2008, Defendant communicated with plaintiff in an effort to collect a Citibank South Dakota account.

10. In the letter, Defendant falsely stated that CUDA had purchased said account.

11. In the letter, Defendant falsely stated that the amount due was $13,656.11.

12. CUDA had not purchased the account on or before August 21, 2008.

13. Defendant did not disclose the identity of the current creditor, which was Unifund CCR Partners as of August 21, 2008.

14. On August 28, 2008, CUDA purchased the account for pennies on the dollar.

15. In the course of obtaining judgment for CUDA against plaintiff, and as part of a pattern or practice in numerous cases, defendant filed an inflated or otherwise unlawful affidavit supporting a request for attorney's fees.

16. After obtaining judgment in the amount of $9,688.86 against plaintiff on behalf of CUDA, defendant assigned the judgment to Lienfactors.

17. Despite the amount of the judgment compared with the value of the property, defendant on behalf of Lienfactors brought a foreclosure action.

18. After obtaining foreclosure on the judgment on behalf of Lienfactors, defendant on behalf of CUDA filed a petition for examination of judgment debtor, despite CUDA having no right, title or interest in the judgment.

19. Upon information and belief, defendant is a principal of the two companies and set them up for the entrepreneurial purpose of profiting from the purchase of past due consumer accounts wherein the debtors have title to real estate.

20. Defendant also profits from the companies by franchising the concept of purchasing homeowner linked consumer debt and converting it into judgment liens.

FIRST COUNT

21. In the collection efforts, defendant violated the FDCPA, § 1692d, -e, -f(1), or -g.

SECOND COUNT

22. The allegations of the First Count are repeated and realleged.

23. Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in pursuit of entrepreneurial purposes within the meaning of the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, statutory, compensatory and punitive.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                    THE PLAINTIFF

                    BY__/s/ Joanne S. Faulkner__
                    JOANNE S. FAULKNER ct04137
                    123 AVON STREET
                    NEW HAVEN, CT 06511-2422
                    (203) 772-0395
                    faulknerlawoffice@snet.net