UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MONA MENARD** | : | |
| v. | : | CASE NO. 3:09CV1165 (VLB) |
| **BENJAMIN MORRIS** | : | |

### STIPULATED JUDGMENT

This action having come on for consideration of the parties' stipulation for judgment before the Honorable Vanessa L. Bryant, United States District Judge and,

The court having considered the full record of the case, including applicable principles of law, and having issued an endorsement order approving the parties' stipulation for judgment, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff Mona Menard, against the defendant Benjamin Morris, in the amount of $1,001.00.

Dated at Hartford, Connecticut, this 10th day of September, 2010.

ROBERTA D. TABORA, Clerk


By   /s/ LL
     Loraine LaLone
     Deputy Clerk

EOD _____